IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MISTY D. STEWART
o/b/o J.L.M, a minor                                                                                              PLAINTIFF

       v.          Civil No. 2:11-cv-02203-JRM

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                         DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, the undersigned hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 23rd day of January 2013.

                                               /s/  *J. Marschewski*
                                        HONORABLE JAMES R. MARSCHEWSKI
                                        CHIEF UNITED STATES MAGISTRATE JUDGE